IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:20-cv-00399-RBJ

DAVID KATT, on behalf of himself and
all others similarly situated,

       Plaintiffs,

v.

FULL HOUSE RESORTS, INC.,

       Defendant.

## NOTICE OF SETTLEMENT

       Pursuant to D.C.COLO.LCivR 40.2(b), the parties hereby notify the Court that they have reached a settlement in this action.  The parties are currently finalizing settlement paperwork and dismissal documents are forthcoming.

       Respectfully submitted this 11th day of June, 2020.

| /s/ *Ari H. Marcus* | /s/ *Michelle L. DiCuollo* |
|---|---|
| Ari H. Marcus, Esq. | Michelle L. DiCuollo |
| MARCUS & ZELMAN, LLC | LITTLER MENDELSON, P.C. |
| 701 Cookman Avenue, Suite 300 | A Professional Corporation |
| Asbury Park, New Jersey 07712 | 1900 Sixteenth Street |
| Telephone: (732) 695-3282 | Suite 800 |
| Fax: (732) 298-6256 | Denver, CO  80202 |
| Ari@MarcusZelman.com | Telephone:  303.629.6200 |
| ATTORNEYS FOR PLAINTIFF | Fax: 303.629.0200 |
| | mgomez@littler.com |
| | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 11th day of June, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Ari H. Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Fax: (732) 298-6256
Ari@MarcusZelman.com

ATTORNEYS FOR PLAINTIFF

                                                             */s/ Patricia Perez*
                                                             Patricia Perez