IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  1:20-cv-00399-RBJ

DAVID KATT, on behalf of himself and
all others similarly situated,

       Plaintiffs,

v.

FULL HOUSE RESORTS, INC.,

       Defendant.

**STIPULATION TO DISMISS THE ACTION WITH PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(II)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff David Katt and Defendant Full House Resorts, Inc. stipulate to the dismissal of the entire action with prejudice, each party to bear his or its own costs and attorneys' fees.

Respectfully submitted this 10th day of August, 2020.

| | |
|---|---|
| /s/ *Ari H. Marcus* | /s/ *Michelle L. DiCuollo* |
| Ari H. Marcus, Esq. | Michelle L. DiCuollo |
| MARCUS & ZELMAN, LLC | LITTLER MENDELSON, P.C. |
| 701 Cookman Avenue, Suite 300 | A Professional Corporation |
| Asbury Park, New Jersey 07712 | 1900 Sixteenth Street |
| Telephone: (732) 695-3282 | Suite 800 |
| Fax: (732) 298-6256 | Denver, CO  80202 |
| Ari@MarcusZelman.com | Telephone:  303.629.6200 |
| ATTORNEYS FOR PLAINTIFF | Fax: 303.629.0200 |
| | mgomez@littler.com |
| | ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 10th day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Ari H. Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Fax: (732) 298-6256
Ari@MarcusZelman.com

ATTORNEYS FOR PLAINTIFF

                                        */s/ Patricia Perez*
                                        Patricia Perez